1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  12341 Newport Ave.,
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  HOANG MINH LE
6

7

8                **CENTRAL DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| 10  HOANG MINH LE, an individual, | Case No.: 5:23-cv-00452-SSS-SP |
| 11            Plaintiff, | **PLAINTIFF'S NOTICE OF** |
| 12       vs. | **VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH** |
| 13  GIBRALTAR CAPITAL FUND, LLC, a | **PREJUDICE PURSUANT TO** |
| 14  limited liability company | **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| 15            Defendants. | |

---

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**5:23-CV-00452-SSS-SP**

**PLEASE TAKE NOTICE** that Plaintiff Hoang Minh Le ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revalent part:

(a) **Voluntary Dismissal.**

(1) By the Plaintiff.

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant GIBRALTAR CAPITAL FUND, LLC, a limited liability company has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: May 15, 2023

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Hoang Minh Le

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**5:23-CV-00452-SSS-SP**